# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL,
Appellant,
vs.
CHRISTINE PAPPAS,
Respondent.

No. 66848

FILED

NOV 14 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant seeks to challenge a district court order requiring him to attend a case conference in person, as opposed to by telephone. As no statute or rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____

[1]In light of this order, appellant's November 12, 2014, Emergency Petition for a Stay on Proceedings is denied.

14-37744

cc: Russell
Christine Pappas
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A